Jennifer R. Bergh, Esq. (Bar No.: 14480)
LAW OFFICES OF MICHELLE GHIDOTTI
8716 Spanish Ridge Ave. #115
Las Vegas, Nevada 89148
Tel: (949) 427-2010
Fax:  (949) 427-2732
Email: Jbergh@ghidottilaw.com

Attorneys for Creditor
Bridgecrest Credit Company, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA – LAS VEGAS DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 17-10012-mkn |
| Jonathan Paul Dedeaux | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On October 12, 2018 I served the following documents described as:

- ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** <br> JONATHAN PAUL DEDEAUX <br> 3196 DEL TERRA AVE. <br> HENDERSON, NV 89044 <br><br> **Debtor's Counsel** <br> MARILYN A. CASTON <br> NEVADA FAMILY LAW GROUP <br> 10120 S. EASTERN AVE., STE. 140 <br> HENDERSON, NV 89052 | **Chapter 13 Trustee** <br> RICK A. YARNALL <br> 701 BRIDGER AVE., #820 <br> LAS VEGAS, NV 89101 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on October 12, 2018 at Santa Ana, California

/s / Krystle Miller
Krystle Miller