ZIEVE, BRODNAX & STEELE, LLP
Ryan D. Stibor, Esq. (NV Bar 8897)
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
(702) 948-8565; FAX (702) 446-9898
nvbankruptcy@zbslaw.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

Jonathan Paul Dedeaux,

                              Debtor.

_____

**CASE NO.: 17-10012-MKN**

**CHAPTER 13**


**NOTICE OF CHANGE OF ADDRESS**

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

　　　　PLEASE TAKE NOTICE that the law office of ZIEVE, BRODNAX & STEELE, LLP ("ZBS"), has moved. ZBS's new address is listed below. The phone number, facsimile number and email addresses will all remain the same. Please direct all future correspondence, documents, and pleadings to the new address listed below:

///
///
///
///
///
///
///
///
///
///
///

ZIEVE, BRODNAX & STEELE, LLP
9435 West Russell Road, Suite 120
Las Vegas, NV 89148
(702) 948-8565; FAX (702) 446-9898


        DATED:  October 19, 2018



                                    ZIEVE, BRODNAX & STEELE, LLP

                                    /s/ Ryan D. Stibor_____
                                    Ryan D. Stibor, Esq.
                                    Nevada Bar No. 8897
                                    9435 West Russell Road, Suite 120
                                    Las Vegas, NV 89148
                                    (702) 948-8565; FAX (702) 446-9898
                                    rstibor@zbslaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I transmitted a true and correct copy of the foregoing Notice of

Change of Address on October 19, 2018 to the listed recipients.  Unless otherwise noted,

mailings were by regular U.S. mail, postage prepaid:


Debtor
JONATHAN PAUL DEDEAUX
3196 DEL TERRA AVE.
HENDERSON, NV 89044

Debtor's Counsel
MARILYN A. CASTON
NEVADA FAMILY LAW GROUP
10120 S. EASTERN AVE., STE. 140
HENDERSON, NV 89052
Sent via ECF registered email

Trustee
RICK A. YARNALL
701 BRIDGER AVE., #820
LAS VEGAS, NV 89101
Sent via ECF registered email


/s/Michelle Dapello